IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRENDA SPRATLEY**                                                    **PLAINTIFF**

**VERSUS**                        **CIVIL ACTION NO. 1:07CV1264HSO-JMR**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                        **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on the Report and Recommendation [12] of Chief United States Magistrate Judge John M. Roper entered in this cause on November 20, 2008. Based on the record before this Court, the undersigned finds that the Magistrate Judge properly recommended that Plaintiff's Motion [8] for Judgment on the Pleadings be granted pursuant to § 405(g) of title 42 of the United States Code. After referral of hearing by this Court, no objections having been filed, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that the Magistrate's Report and Recommendation should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendation [12] of Chief United States Magistrate Judge John M. Roper entered on November 20, 2008, be, and the same hereby is, adopted as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff's Motion [8] for Judgment on the Pleadings, filed May 19, 2008, should be and is hereby **GRANTED**. A separate judgment will be entered in accordance with this Order as

required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 12th day of December, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE