IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRENDA SPRATLEY                                                              PLAINTIFF

VERSUS                                     CIVIL ACTION NO. 1:07CV1264HSO-JMR

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                DEFENDANT

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [12] of United States Magistrate Judge John M. Roper entered in this cause on November 20, 2008. The Court, having adopted said Report and Recommendation as the finding of this Court by separate Order entered this date, finds that the Plaintiff's Motion [8] for Judgment on the Pleadings should be granted and the Administrative Law Judge's decision should be vacated and remanded for additional proceedings in accordance with the Magistrate's November 20, 2008, Report and Recommendation. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff's Motion [8] for Judgment on the Pleadings, filed May 19, 2008, in the above captioned cause, should be and is hereby **GRANTED.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this action be, and is hereby, remanded to Defendant for further administrative proceedings in accordance with the November 20, 2008, Report and Recommendation of Chief United States Magistrate Judge John M. Roper.

**SO ORDERED AND ADJUDGED**, this the 12th day of December, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE